[843 NE2d 1143, 810 NYS2d 403]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLE BUONINCONTRI, Appellant.

Decided December 15, 2005

APPEARANCES OF COUNSEL

*Labe M. Richman*, New York City, for appellant.

*Michael E. Bongiorno, District Attorney*, New City (*Ellen O'Hara Woods* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed. The defendant was informed on the record that she had the right to be present during questioning of a prospective juror concerning the ability to be fair and impartial. The Appellate Division

properly determined that defendant failed to present an adequate record to overcome the presumption of regularity (*see People v Velasquez*, 1 NY3d 44, 48 [2003]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed in a memorandum.